**Electronically Filed
Supreme Court
SCPW-12-0000923
30-NOV-2012
12:04 PM**

SCPW-12-0000923

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

BARBARA ELLEN SHERRILL,
Petitioner,

vs.

THE HONORABLE DERRICK H.M. CHAN,
Judge of the First Circuit Court, State of Hawaiʻi,
Respondent.

---

ORIGINAL PROCEEDING
(CAAP-12-0000676; PROBATE NO. 10-1-0254)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and
Circuit Judge Nacino, in place of Acoba, J., recused)

Upon consideration of petitioner Barbara Ellen
Sherrill's petition for a writ of mandamus, which was filed on
October 29, 2012, the documents attached thereto and submitted in
support thereof, and the record, it appears that petitioner has
failed to demonstrate that she has a clear and indisputable right
to the relief she seeks and a lack of alternative means to obtain
such relief. Petitioner, therefore, is not entitled to mandamus
relief. See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334,

338 (1999) (A writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action.  Such writs are not intended to supersede the legal discretionary authority of the lower courts, nor are they intended to serve as legal remedies in lieu of normal appellate procedure).  Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied.

DATED:    Honolulu, Hawaiʻi, November 30, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Edwin C. Nacino

